**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHRISTOPHER POWELL**                                                                  **PLAINTIFF**

**v.**                              **Case No. 5:13-cv-00258-KGB**

**CITY OF PINE BLUFF, et al.**                                                          **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the Order entered in this matter on this date, the Court grants the motion for summary judgment filed by defendants' City of Pine Bluff, Mayor Debe Hollingsworth, Daryl Atkins, Albert Ridgell, Delois Williams, Ivan Whitfield, Althea Hadden Scott, Kelvin Sergeant, and Vickie Conaway (Dkt. No. 28).   The Court also grants defendant Keyyona Penistier's motion for summary judgment (Dkt. No. 32).   The Court enters judgment in favor of these defendants on plaintiff Christopher Powell's procedural due process and equal protection claims under 42 U.S.C. § 1983, conspiracy claim under 42 U.S.C. § 1985, and on any freedom of speech, freedom of political association, and retaliation claims alleged.   To the extent that this Court's Order does not dispose of Mr. Powell's claims under Arkansas state law, including but not limited to his state law reverse race and gender discrimination claims, this Court declines to exercise supplemental jurisdiction over such claims and dismisses them.

SO ADJUDGED this 16th day of November, 2015.

_Kristine G. Baker_
Kristine G. Baker
United States District Court Judge