**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHRISTOPHER POWELL**                                                                                    **PLAINTIFF**

v.                                    Case No. 5:13-cv-00258-KGB

**CITY OF PINE BLUFF, et al.**                                                                          **DEFENDANTS**

## AMENDED JUDGMENT

Consistent with the Order entered in this matter on this date, this Court amends the Judgment in this case to reflect the dismissal of defendant Brenda Jones (Dkt. No. 54). The Court previously granted the motion for summary judgment filed by defendants' City of Pine Bluff, Mayor Debe Hollingsworth, Daryl Atkins, Albert Ridgell, Delois Williams, Ivan Whitfield, Althea Hadden Scott, Kelvin Sergeant, Vickie Conaway, and Keyyona Penistier (Dkt. Nos. 28, 32). To the extent that this Court's Order does not dispose of Mr. Powell's claims under Arkansas state law, including but not limited to his state law reverse race and gender discrimination claims, this Court declines to exercise supplemental jurisdiction over such claims and dismisses them.

So adjudged this 4th day of December, 2015.

_____
Kristine G. Baker
United States District Court Judge